UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LYHNN BROWN

              Plaintiff,                         16 **CIVIL** 7531 (LAP)

        -against-                             **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,
              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 2, 2018, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
         November 7, 2018

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
                                             BY:
                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/7/2018