# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Lyhnn Brown

Lyhnn Brown

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 7531 (LAP)( )

-against-

**NOTICE OF APPEAL**

New York City Board of Education

New York City Board of Education

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Lyhnn Brown

Lyhnn Brown

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☑ order entered on: **November 7, 2018**

(date that judgment or order was entered on docket)

that: Defendant would be granted summary judgment

Defendant would be granted summary judgment

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: 12/6/18

Signature: [signed]

Name (Last, First, MI): Nadler, Seth A
City: NY
State: NY
Zip Code: 10123
Address: [blank]
Telephone Number: 646 767 2270
E-mail Address: Seth@lawicm.com

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13